AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
DEC 1 0 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRAD KENNETH SPAFFORD | ) | Case No. 2:24-mj-211 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 19, 2024** in the county of **Isle of Wight** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of a Firearm in Violation of the National Firearms Act |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
/s/ E. Rebecca Gantt

*Complainant's signature*

Rachelann Cardwell, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/10/2024

*Judge's signature*

City and state: Norfolk, Virginia

Hon. U.S. Magistrate Judge Robert J. Krask
*Printed name and title*