IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk/Newport News Division


FILED
IN OPEN COURT

JUL 1 8 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.                                          CRIMINAL NO: 2:25cr3

Brad Kenneth Spafford

### SENTENCING PROCEDURES ORDER

1. The sentencing hearing shall be scheduled no earlier than ONE HUNDRED TWENTY (120) DAYS following a plea of guilty or verdict of guilty, and sentencing is scheduled in this case on _December 18_ at _9am_ in (X) Norfolk ( ) Newport News.

2. Counsel for the defendant is hereby given notice of the right to attend any interview of the defendant conducted by the Probation Officer in the course of the presentence investigation. Failure of counsel to immediately notify the probation officer within THREE (3) DAYS of the guilty verdict or plea of the intention to be present at such interviews shall be deemed by the Court to be a waiver of same.

3. The Presentence Investigation Report, including guideline computations, shall be completed and provided to the parties at least THIRTY-FIVE (35) DAYS prior to the sentencing hearing. A copy of this policy statement shall operate as notice to counsel that the presentence report will be furnished by the Probation Office THIRTY-FIVE (35) DAYS prior to the sentencing hearing. A copy of the presentence report may not be disclosed to persons other than the defendant.

4. If, after a review of the presentence report, there are no factors or facts material to guideline computations in dispute, counsel shall file a stipulation signed by the defendant and all counsel within FOURTEEN (14) DAYS after receiving the presentence report.

5. A party objecting to guideline determinations or facts in the presentence report shall deliver a written statement to the Probation Officer and opposing counsel within FOURTEEN (14) DAYS after receiving the presentence report setting forth any objections and any authorities relied upon.

6. It is the obligation of the objecting party to seek resolution of such objections in conference with opposing counsel and the United States Probation Officer as soon as practicable, but no less than TEN (10) DAYS prior to the sentencing hearing. This presentence conference is mandatory when objections effecting guideline computations are in dispute, and it is the responsibility of the objecting party to schedule it with the Probation Officer and opposing counsel.

7. Counsel for the defendant and the government shall file a pleading entitled "Position of Parties with Respect to Sentencing Factors," ("Position Paper") SEVEN (7) DAYS prior to the sentencing hearing. The Position Paper shall include all objections to the presentence report and the grounds therefor, in accordance with Section 6A1.3 of the Sentencing Guidelines. **The Position Paper must include case law and analysis with respect to the disputed Guidelines calculations or any other objections identified by counsel. Failure to adhere to this order may result in a continuance of the sentencing hearing or waiver of unargued objections.** A copy shall be delivered to the Probation Officer on the date of filing.

8. Whether or not there are objections or other disputed issues, defense counsel and counsel for the government shall include within the above-referenced Position Paper their positions with respect to the sentencing factors and reasons supporting the requested sentence, including any relevant case law. Any exhibits to the Position Paper, including Character Letters, victim impact statements, photographs, etc., must also be submitted by this deadline. The Court may, in its discretion, decline to consider any exhibits submitted out of

time.

9. If evidence is sought to be presented at the sentencing hearing, the parties shall file as a part of their "Position Paper" an outline of such evidence, including:

(a) For cases where the defendant pleaded guilty: **(1) a description of the testimony of any witnesses sought to be called; (2) all documents, including character letters, photographs, or any other material relevant to any possible objections or discussion of § 3553(a) factors; and (3) any affidavits**. **This shall also include *any other evidence* Parties intend to rely on at the sentencing hearing**.

(b) For cases where the defendant was convicted by jury: **(1) a summary of and citation to any relevant trial testimony; (2) a summary of and citation to any relevant trial exhibits; and (3) any other relevant evidence listed in Section 9(a) of this Order.**
**Failure to adhere to this requirement may result in a continuance of the sentencing hearing. Continued failure to comply with this timeline or any of the requirements articulated herein may result in admonishment of counsel, and if warranted, sanctions.** A copy shall also be filed with the Probation Officer. The Court may resolve objections upon the submissions of the parties and will hear witness testimony only for good cause shown.

10. The United States Probation Officer shall transmit to the sentencing judge the presentence investigation report, including guideline computations, and an addendum indicating any unresolved objections by the parties with respect to the application of the guidelines SEVEN (7) DAYS prior to the sentencing hearing.

11. All motions for upward or downward departure, responses, and rebuttal shall be filed and served FOURTEEN (14), SEVEN (7), and FOUR (4) DAYS, respectively, before the sentencing date. A copy shall also be delivered to the Probation Officer on the same dates.

12. Failure of counsel to adhere to the times set forth in this Order shall result in written notification to the Court by the Probation Officer, with a copy provided to all counsel.

13. The times set forth in this Order may be modified by the Court for good cause shown. Time periods under this Order shall be CALENDAR days; no extra days for mailing shall be permitted. Except for the Presentence Investigation Report itself, all papers and pleadings may be filed and served on opposing counsel and the Probation Officer by facsimile mail, provided that such papers and pleadings bearing one original signature are simultaneously served by regular mail. In computing any period of time under this Order in which filing must be made at least a certain number of days before an event, if any deadline falls on a Saturday, Sunday, or holiday, the deadline shall be the FIRST BUSINESS DAY before the Saturday, Sunday, or holiday.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Date: July 18, 2025

I HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THE SENTENCING PROCEDURES ORDER.

_____     7/17/2025
DEFENDANT                            DATE

_____     7/17/2025
COUNSEL FOR DEFENDANT                DATE

_____     7/17/25
COUNSEL FOR THE UNITED STATES        DATE

4